

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00360-CR

Ivan William **SANCHEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR8845
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 26, 2016. On September 22, 2016, we granted appellant an extension to October 26, 2016. Appellant has not filed his brief.

We ORDER appellant's attorney, Edward Shaughnessy, to file appellant's brief on or before **December 2, 2016**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court